478 A.2d 117

Commonwealth v. LaMantia, Jr., Appellant.

Petition for Allowance of Appeal

Denied Jan. 9, 1985.

Argued September 29, 1983. Thomas G. Johnson, for appellant; Gregory A. Olson, District Attorney, for appellee.

Before BROSKY, McEWEN and BECK, JJ.

The judgment of sentence of the distinguished Indiana County Common Pleas Court Judge Robert C. Earley is affirmed.